

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00322-CR

_____

EX PARTE WILLIAM LAMAR SMITH

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. C-0012154

Before Sudderth, C.J.; Bassel and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered Appellant's unopposed motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(b). We grant Appellant's motion; withdraw the opinion and judgment issued by this court on January 2, 2025; and dismiss the appeal. *See* Tex. R. App. P. 42.2(b), 43.2(f).

Per Curiam

Delivered: February 27, 2025